<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| AYT DOGAL URUNLER TİC.LTD.STI., | : | **Civil Action No. 25-18258 (SRC)** |
|  | : |  |
| Plaintiff, | : |  |
|  | : | **ORDER** |
| v. | : |  |
|  | : |  |
| GURME212 USA INC, LEVENT | : |  |
| DEMIRGIL, MEHMET FADILLIOGLU, | : |  |
| and MUSTAFA ASKINGUZEL, | : |  |
|  | : |  |
| Defendant(s). | : |  |

**CHESLER, District Judge**

This matter comes before the Court by way of Defendant Levent Demirgil's ("Defendant")

Motion for Sanctions pursuant to Fed. R. Civ. P. 11(c)(2) (the "Motion"), (Dkt. No. 18).   Plaintiff

AYT Dogal Urunler Tic. Ltd. Sti. ("Plaintiff") opposed the motion, (Dkt. No. 20), and Defendant

filed a reply, (Dkt. No. 21).   Having reviewed and considered the submissions filed in connection

with the Motion, for the reasons set forth in the accompanying opinion and for good cause shown,

**IT IS** on this 27th day of April, 2026

**ORDERED** that Defendant's Motion is **GRANTED**; and

All claims against Defendant Demirgil are **DISMISSED with prejudice.**

     /s/ Stanley R. Chesler
STANLEY R. CHESLER, U.S.D.J.

Dated: April 27, 2026

1