**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| AYT DOGAL URUNLER TİC.LTD.STI., Plaintiff, v. GURME212 USA INC, LEVENT DEMIRGIL, MEHMET FADILLIOGLU, and MUSTAFA ASKINGUZEL, Defendant(s). | : | **Civil Action No. 25-18258 (SRC)** **OPINION & ORDER** |

**CHESLER, District Judge**

This matter comes before the Court by way of Plaintiff AYT DOGAL URUNLER TİC.LTD.STI.'s ("Plaintiff") Motion for Default Judgment as to Defendant Mustafa Askin Guzel (the "Motion"), (Dkt. No. 36). No opposition was filed. The Court reviewed the papers submitted and proceeds to rule without oral argument, pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons set forth below, the Motion will be **DENIED**.

Through its Motion, Plaintiff seeks entry of default judgment against Defendant Mustafa Askin Guzel pursuant to Fed. R. Civ. P. 55(b). Plaintiff alleges that it effectuated sufficient service of process of the Amended Complaint on Defendant Guzel on March 16, 2026, and Guzel has since failed to appear or file a responsive pleading.

However, the Court notes that the well pleaded allegations in the Amended Complaint do not set forth a basis for holding Defendant Guzel liable for what appears to be a corporate contract.

Accordingly, entry of default judgment is inappropriate.

* * *

For these reasons,

**IT IS** on this 13th day of August, 2026

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. No. 36), is **DENIED**.

.

*/s/ Stanley R. Chesler*

STANLEY R. CHESLER, U.S.D.J.

Dated: August 13, 2026